UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Austin T.,

        Plaintiff,

v.

Martin O'Malley,
  Commissioner of Social Security,

        Defendant.

No. 23-cv-1368 (PJS/DLM)

**ORDER ON REPORT AND RECOMMENDATION**

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendations (Doc. 28) is **ADOPTED**; and

2. Plaintiff's Austin T.'s Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 24) is **GRANTED** as modified by Plaintiff's reply (Doc. 27), and Plaintiff is awarded $9,600 in attorney fees and $0 in costs pursuant to the EAJA.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: August 23, 2024

        *s/Patrick J. Schiltz*
        PATRICK J. SCHILTZ
        Chief Judge United States District Court